Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## UNITED STATES DISTRICT COURT
for the

_____ District of _____

_____ Division

FILED
FEB 23 2026
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

Case No. 26 CV - 1 0 0 JFH - SH
(to be filled in by the Clerk's Office)

(2) Michael Locke Franklin
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

(1) State OF ARKANSAS
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Jury Trial: (check one) ☐ Yes ☐ No

### COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Fees Due
∅ Summons

Page 1 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Michael Locke Franklin
Address: 772 S Silver Spur DR
City: Cleveland   State: OK   Zip Code: 74020
County: Pawnee
Telephone Number: 479-285-8535
E-Mail Address: 311appresearch@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name:
Job or Title (if known):
Address:
City:   State:   Zip Code:
County:
Telephone Number:
E-Mail Address (if known):
☐ Individual capacity   ☐ Official capacity

Defendant No. 2
Name:
Job or Title (if known):
Address:
City:   State:   Zip Code:
County:
Telephone Number:
E-Mail Address (if known):
☐ Individual capacity   ☐ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
Name _____
Job or Title *(if known)* _____
Address _____
_____City_____  _____State_____  _____Zip Code_____
County _____
Telephone Number _____
E-Mail Address *(if known)* _____

☐ Individual capacity   ☐ Official capacity

Defendant No. 4
Name _____
Job or Title *(if known)* _____
Address _____
_____City_____  _____State_____  _____Zip Code_____
County _____
Telephone Number _____
E-Mail Address *(if known)* _____

☐ Individual capacity   ☐ Official capacity

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
Rights to contest fugative from Justice Claims in pretrail. General indisinities. Sith amendment rights to trial. Right for Interstate Depositions and Discovery Rule 45.1

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Page 3 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Prevented the hearing of evidence and my case. Acted with intimidation and abuse. Withheld access to Court, Lawyers, evidence, and primary care Physician. Refused to file/hear motions made as outlined in state Statutes.

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Sebastian County Jail

B. What date and approximate time did the events giving rise to your claim(s) occur?

Nov. 24 2020 thru 8/08/23

01/01/02 b2021 thru 08/03/23 08/23, 08/23   MF

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Arkansas officials manipulated rules, procedures, and Policies to hold me in Jail and deny me all legal representation.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Stabbed in forehead received stitches
Spinal injury lasted a year No medical attention
mulpitable incidents of concussions and burised ribs.
Some additional minor scars
extensive trama; I have continued mental health treatment for.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

for the loss of wages I'm asking for 90,236.38. That number is based on my 2025 reported income of $33,540 for the 982 days in Jail.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2-22-26

Signature of Plaintiff: *Michael Locke Franklin*
Printed Name of Plaintiff: Michael Locke Franklin

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
   City / State / Zip Code
Telephone Number: _____
E-mail Address: _____

479 285 8535
311appresearch@gmail.com
772 South Silver Spur Dr.
Cleveland, OK 74020

*Michael Locke Franklin*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

MICHAEL LOCKE FRANKLIN, )
)
Plaintiff, )
) Case No. 24-cv-179-GAG-DES
v. )
)
CHARLES DANIEL SHUE, )
)
Defendant. )

### JUDGMENT

Pursuant to the Court's Order dated February 17, 2026 (Dkt. No. 32), adopting the Magistrate Judge's Report and Recommendation, this case is hereby dismissed for lack of subject matter jurisdiction under 28 U.S.C. §§ 1331, 1332.

ENTERED this 17th day of February 2026.

/s/ Gustavo A. Gelpí
**GUSTAVO A. GELPÍ**
Circuit Judge, U.S. Court of Appeals for the First Circuit
Sitting by designation

# U.S. District Court

# Eastern District of Oklahoma

## Notice of Electronic Filing

The following transaction was entered on 2/17/2026 at 1:38 PM CST and filed on 2/17/2026

**Case Name:** Franklin v. Shue
**Case Number:** 6:24-cv-00179-GAG-DES
**Filer:**
**Document Number:** 32(No document attached)

## Docket Text:
**MINUTE ORDER** by Circuit Judge Gustavo A. Gelpi, Jr.: The undersigned hereby **ADOPTS** Magistrate Judge Snow's Report & Recommendation (Dkt. No [17]) as follows: this case is hereby dismissed for lack of subject-matter jurisdiction. I concur with Judge Snow that plaintiff's thread-bones allegations are jurisdictionally insufficient for this federal district court to entertain the matter under 28 USC ☐☐ 1331, 1332. Moreover, from these there does not even appear to be venue.

Judgment shall be entered accordingly. (kch, Deputy Clerk)

# U.S. District Court

## Eastern District of Oklahoma

### Notice of Electronic Filing

The following transaction was entered on 2/17/2026 at 1:43 PM CST and filed on 2/17/2026

**Case Name:** Franklin v. Shue
**Case Number:** 6:24-cv-00179-GAG-DES
**Filer:**
**WARNING: CASE CLOSED on 02/17/2026**
**Document Number:** 33

**Docket Text:**
**JUDGMENT** by Circuit Judge Gustavo A. Gelpi, Jr. entering judgment dismissing case for lack of subject matter jurisdiction under 28 U.S.C. §§ 1331, 1332. (terminates case) (kch, Deputy Clerk)

# U.S. District Court

# Eastern District of Oklahoma

**Notice of Electronic Filing**

The following transaction was entered on 2/17/2026 at 10:15 AM CST and filed on 2/17/2026

**Case Name:** Franklin v. Shue
**Case Number:** <u>6:24-cv-00179-GAG-DES</u>
**Filer:**
**Document Number:** 31(No document attached)

**Docket Text:**
**MINUTE ORDER by Court Clerk: This case is reassigned to Circuit Judge Gustavo A. Gelpi, Jr., Chief Judge John F. Heil, III no longer assigned to case. All documents filed in this case in the future shall reflect the new case number CIV-24-179-GAG-DES. (kch, Deputy Clerk)**